UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOREL JENKINS,<br><br>        Petitioner,<br><br>    v.<br><br>ROBERT MARSH, Warden<br><br>        Respondent. | Case No. 20-cv-04906 NC (PR)<br><br>**ORDER OF TRANSFER** |

This federal habeas action, in which petitioner is challenging a conviction he suffered in Philadelphia, Pennsylvania, is TRANSFERRED to the United States District Court for the Eastern District of Pennsylvania, as that is the district of conviction. *See* 28 U.S.C. §§ 1404(a), 2241(d); Habeas L.R. 2254-3(b). The Clerk is directed to transfer this matter forthwith.

**IT IS SO ORDERED.**

DATED: July 24, 2020

_____
NATHANAEL M. COUSINS
United States Magistrate Judge

Case No. 20-cv-04906 NC (PR)
ORDER OF TRANSFER